UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:21-cv-80834-AMC

HOWARD COHAN,

    Plaintiff,

vs.

PETROLEUM VENTURES CORP.,
a Florida Profit Corporation,
d/b/a JUNO BEACH MOBIL

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, PETROLEUM VENTURES CORP., a Florida Profit Corporation, d/b/a JUNO BEACH MOBIL, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED June 15, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Susan Potter Norton** |
| Gregory S. Sconzo, Esq. | Susan Potter Norton |
| Florida Bar No.: 0105553 | snorton@anblaw.com |
| Sconzo Law Office, P.A. | pleadings@anblaw.com |
| 3825 PGA Boulevard, Suite 207 | Florida Bar No.: 0201847 |
| Palm Beach Gardens, FL 33410 | **ALLEN NORTON & BLUE, P.A.** |
| Telephone: (561) 729-0940 | 121 Majorca Avenue, Suite 300 |
| Facsimile: (561) 491-9459 | Coral Gables, Florida 33134 |
| Email: greg@sconzolawoffice.com | Tel.: (305) 445-7801 |
| Email: alexa@sconzolawoffice.com | Fax.: (305) 442-1578 |
| Attorney for Plaintiff | Counsel for Defendant |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              **/s/ Gregory S. Sconzo**
                                              **Gregory S. Sconzo, Esq.**